Nessler *v.* Industrial Land Development Co. *70 Eq.*

CHARLES L. NESSLER

*v.*

INDUSTRIAL LAND DEVELOPMENT COMPANY et al.

On appeal of John C. Short and James Parker, receivers.

[Submitted December 12th, 1905.   Decided June 18th, 1906.]

On appeal from a decree of the court of chancery.

*Mr. William D. Snow* and *Mr. James Parker,* for the appellants.

*Mr. William M. Clevenger,* for the respondents, Ashmead & Hackney.

*Messrs. Thompson & Cole,* for the respondents, Stewart & Morse.

PER CURIAM.

The decree appealed from will be reversed, in order to correct a clerical error in the amount, but without costs.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.